UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| | : | |
| v. | : | Mag. No. 22-6056 |
| | : | |
| DYWANN PUGH | : | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (by Matthew J. Belgiovine, Assistant United States Attorney) for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant in the above-entitled matter; and the defendant, Dywann Pugh (by Benjamin West, Assistant Federal Public Defender), having consented to detention and reserved his right to seek pre-trial release at a later date; and for good cause shown:

IT IS, therefore, on this 22nd day of November, 2022,

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant, Dywann Pugh, be detained, and that he be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the defendant's right to seek pretrial release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be confined in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE