# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| v. | Mag. No. 22-6056 |
| DYWANN PUGH | **ORDER** |

IT IS, hereby:

ORDERED that on Tuesday, April 4, 2023, the Defendant is granted permission to leave his residence to take his son out for a birthday dinner and movie. His immediate family will be in attendance, more specifically his fiancée, son, daughter and mother; and it is further

ORDERED that the Defendant is granted permission to attend dinner at Ichiban Japanese Hibachi Steakhouse & Sushi, located at 2132 State Route 35, Oakhurst, NJ 07755 at 5:30 p.m. He will then proceed to the AMC Theatre at Monmouth Mall, located at 180 Route 35, Eatontown, NJ 07824 for a 7:40 p.m. movie. The movie will last approximately One (1) hour and fifty-seven (57) minutes. Travel shall be direct to and from both locations, without any stops in between; and it is further

ORDERED that the Defendant will leave his residence at approximately 5:00 p.m. and return no later than 10:00 p.m.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Dated: 3/30/2023

Form and entry consented to:

S/Matthew Belgiovine
Matthew J. Belgiovine
Assistant U.S. Attorney


/s/ Abraham N. Basch
Abraham N. Basch, Esq.
Counsel for defendant Dywann Pugh