# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| v. | Mag. No. 22-6056 |
| DYWANN PUGH | **ORDER** |

IT IS, hereby:

ORDERED that on Monday, May 8th, 2023, the Defendant, Dywann Pugh, is granted permission to leave his residence for an appointment with his wife at the Spa Toccare, followed by dinner reservations at the Borgata Prime Steakhouse; and it is further

ORDERED that the Defendant is granted permission to attend this appointment at the Spa Toccare inside the Borgata Casino & Spa, located at 1 Borgata Way, Atlantic City, NJ 08401 at 2:00 p.m. He will leave his residence around 12:30 p.m. The drive takes approximately an hour and a half. Once at the Spa Toccare, this appointment will take two and a half hours. He will then go directly to a dinner reservation with his wife at the Borgata Prime Steakhouse, located inside the same building, around 5:00 p.m. Dinner should take two (2) hours. The Defendant will then return home to his residence immediately after, arriving at 9:00 p.m. The travel will be direct to and from both destinations, with no stops in between.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Dated: 5/3/23
Form and entry consented to:

_____
s/ Matthew J. Belgiovine

Matthew J. Belgiovine
Assistant U.S. Attorney


/s/ *Abraham N. Basch*
Abraham N. Basch, Esq.
Counsel for defendant Dywann Pugh