# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| v. | Mag. No. 22-6056 |
| DYWANN PUGH | **ORDER** |

IT IS, hereby:

ORDERED that the Defendant's condition of location monitoring is modified and reduced from home detention to a curfew as set by pre-trial services. All necessary parties' consent to this modification; and it is further

ORDERED that all other conditions of pre-trial release are to remain in effect.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Dated: 6/12/2023

Form and entry consented to:

s/MATTHEW J. BELGIOVINE
Matthew J. Belgiovine
Assistant U.S. Attorney

/s/ *Abraham N. Basch*
Abraham N. Basch, Esq.
Counsel for defendant Dywann Pugh